# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| GERARDO SANCHEZ, on behalf of himself, and all other similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 17 C 5412 |
| ALOHA TENT, INC., METRO STAFF, INC., and JAMES JOHN GALLAGHER, individually, ) ) ) | Judge Ronald A. Guzman |
| Defendants. ) ) | Magistrate Judge M. David Weisman |

## **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

The Parties, Gerardo Sanchez, Aloha Tent, Inc., Metro Staff, Inc. and James John Gallagher, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that effective, with the filing of this Joint Stipulation of Dismissal Without Prejudice, all claims pending in this matter against Defendant Metro Staff, Inc. shall be dismissed without prejudice, with each party to bear their own costs and fees including attorneys' fees.

Dated: February 22, 2017           Respectfully submitted,

  /s Jorge Sanchez                          s/ David V. Cascio

Jorge Sanchez                               Antonio Caldarone
Baldemar Lopez                              David V. Cascio
Lopez & Sanchez LLP                         Laner Muchin, Ltd.
77 West Washington Street, Suite 1313       515 N. State St., Suite 2800
Chicago, IL  60602                          Chicago, IL 60654
                                            (312) 467-9800

Attorney for Plaintiff                      Attorneys for Defendants