UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Gerardo Sanchez
                     Plaintiff,

v.                                               Case No.: 1:17–cv–05412
                                                         Honorable Ronald A. Guzman

Aloha Tent Inc., et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 14, 2019:

      MINUTE entry before the Honorable Ronald A. Guzman: The parties' joint motion to enter agreed order of dismissal [80] is granted. The Court has reviewed the parties' settlement agreement and finds that it is a fair and reasonable resolution of the plaintiffs' claims under the Fair Labor Standards Act. This action is dismissed with prejudice. Any pending motions or schedules in this case are stricken as moot. Civil case terminated. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.